1  George Kalikman (CSBN 147382)
   gkalikman@schnader.com
2  Christopher Hart (CSBN 184117)
   chart@schnader.com
3  Valerie Bantner Peo (CSBN 260430)
   vpeo@schnader.com
4  SCHNADER HARRISON SEGAL & LEWIS LLP
   One Montgomery Street, Suite 2200
5  San Francisco, California 94104-5501
   Telephone: 415-364-6700
6  Facsimile: 415-364-6785

7  Attorneys for Appellant
   JF Enterprises, LLC, d/b/a Jeremy Franklin's Suzuki of
8  Kansas City and Olathe's Showcase Cars, Inc. d/b/a
   Jeremy Franklin Suzuki of Olathe

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| In re:<br><br>AMERICAN SUZUKI MOTOR CORPORATION, a California Corporation,<br><br>Debtor.<br><br>JF Enterprises, LLC d/b/a Jeremy Franklin's Suzuki of Kansas City and Olathe's Showcase Cars, Inc. d/b/a Jeremy Franklin's Suzuki of Olathe,<br><br>Appellant,<br><br>vs.<br><br>AMERICAN SUZUKI MOTOR CORPORATION, a California Corporation,<br><br>Appellee | **Case No. SA CV 13-00236 PA**<br><br>Bankruptcy Case No. 12-22808<br>Chapter 11<br><br>**ORDER DISMISSING APPEAL** |

ORDER DISMISSING APPEAL

PHDATA 4305334_1

Pursuant to the Stipulation To Dismiss Appeal Pursuant To Federal Rule Of Bankruptcy Procedure 8001(c)(2) filed with the Court on March 4, 2013, by JF Enterprises, LLC, d/b/a Jeremy Franklin Suzuki of Kansas City and Olathe's Showcase Cars, Inc. d/b/a Jeremy Franklin Suzuki of Olathe ("Appellant") and American Suzuki Motor Corporation ("Appellee"), it is hereby

ORDERED that the above-captioned appeal be, and hereby is, dismissed.

Date: March 5, 2013

_____
Hon. Percy Anderson
United States District Court Judge

2

ORDER DISMISSING APPEAL

PHDATA 4305334_1